# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY COULTER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant | Case No.: 1:10-cv-01937 OWW JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 13) |

Parties have stipulated by counsel to extend the period of time for the Plaintiff to submit a confidential brief. (Doc. 11). The Scheduling Order allows a single thirty-day extension by the stipulation of parties. (Doc. 7 at 4). Accordingly, it is HEREBY ORDERED that Plaintiff is granted an extension of time until April 22, 2011, to submit a confidential brief.

IT IS SO ORDERED.

Dated:  **March 24, 2011**　　　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1