IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY COULTER,<br><br>            Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>            Defendant. | Case No.: 1:10-cv-01937 JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 16) |

Parties have stipulated by counsel for Defendant to have an extension of time to respond to Plaintiff's opening brief. (Doc. 16). The Scheduling Order allows a single thirty-day extension by the stipulation of parties. (Doc. 7 at 4). Notably, a thirty- day extension was granted on March 24, 2011, for the plaintiff to submit a confidential brief. (Doc. 14). Defendant asserts an extension is necessary due to new, time sensitive tasks that were recently assigned. (Doc. 16 at 1)

Good cause appearing, Defendant is granted a thirty-day extension, and shall file a responsive brief by **August 5, 2011**.

IT IS SO ORDERED.

Dated:   **June 27, 2011**                                                        /s/ Jennifer L. Thurston
                                                                                   UNITED STATES MAGISTRATE JUDGE

1