# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY COULTER, | CASE NO. 1:10-cv-1937-AWI-JLT |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL** |
| v. | **Docket No. 22** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

On January 12, 2012, the Magistrate Judge filed Findings and Recommendations that the Administrative Law Judge's ("ALJ") decision be reversed and the case be remanded to the ALJ to make additional findings. These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within fourteen days after service of the order. On January 13, 2012, the Commissioner filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis. The Court will adopt the Findings and Recommendation and remand this case.

Accordingly, IT IS HEREBY ORDERED that

1. The Findings and Recommendations filed January 12, 2012, are ADOPTED IN FULL; and

2. Plaintiff's appeal is GRANTED and this action is REMANDED FOR FURTHER PROCEEDINGS consistent with this order; and

3. The Clerk shall ENTER JUDGMENT in favor of Plaintiff and against Defendant and CLOSE this case.

IT IS SO ORDERED.

Dated:   February 24, 2012

CHIEF UNITED STATES DISTRICT JUDGE