UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRY COULTER, | ) | Case No.: 1:10-cv-01937 - AWI - JLT |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME FOR |
| v. | ) ) | DEFENDANT TO FILE AN OPPOSITION TO PLAINTIFF'S APPLICATION FOR ATTORNEY |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | FEES |
| Defendant. | ) ) | (Doc. 30) |

The parties have stipulated through counsel to extend the period of time for Defendant to file an opposition to Plaintiff's motion application for attorney fees. (Doc. 30). Although Defendant asserts this is the first extension requested, the parties requested previously that Plaintiff have an extension to file an opening brief (Doc. 13), and that Defendant have an extension to file a response to the opening brief (Doc. 16). Accordingly, this is the *third* request for an extension in this action.

The Scheduling Order for the action allows a *single* thirty-day extension by stipulation, after which "request to modify [the] order must be made by written motion and will be granted only for good cause." (Doc. 7 at 4). Further, the parties were informed a "[r]equest for modification of this briefing schedule will **not** routinely be granted." (*Id.*) (emphasis in original).[1] Nevertheless, the Court

---

[1] Defendant's counsel requests an extension "because this case was reassigned after briefing," and as a result counsel, counsel "is unfamiliar with the case." (Doc. 30 at 2). Though Defendant's counsel first appeared in the action after the briefing was complete, he filed objections to the Findings and Recommendations on January 13, 2012. (Doc. 25). Thus, the Court is confident that he would not have made this filing unless he was sufficiently apprised of the matter, at that time.

1

will grant the request for an extension of time, because the matter is concluded and Plaintiff has agreed to the delay. However, absent a showing of exceptionally good cause, no further extensions will be granted in this action.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's request for an extension of time is **GRANTED**;
2. Defendant SHALL file a brief in opposition on or before **July 12, 2012**.

IT IS SO ORDERED.

Dated: **June 8, 2012**              /s/ Jennifer L. Thurston
                                     UNITED STATES MAGISTRATE JUDGE