IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY COULTER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendants. | Case No.: 1:10-cv-01937-AWI-JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS FOR JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>(Doc. 33) |

Sengthiene Bosavanh, attorney for Plaintiff Terry Coulter, seeks an award for attorney's fees pursuant to the Equal Access for Justice Act under 28 U.S.C. § 2412(d).  (Doc. 28).  On September 19, 2012, the Magistrate Judge recommended Plaintiff's motion be granted in part.  (Doc. 33). Defendant filed timely objections to the Findings and Recommendations, asserting the government's position was substantially justified.  (Doc. 34).

A district judge may "accept, reject or modify, in whole or in part, the findings and recommendations . . ."  28 U.S.C. § 636(b)(1).  If objections to the findings and recommendations are filed, "the court shall make a de novo determination of those portions of the report or specified proposed finding or recommendations to which objection is made.  Id.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and by proper analysis.  See Vasquez v. Astrue, 2012 U.S. Dist. LEXIS 136548 (E.D. Cal. Sept. 24, 2012); Crowe v. Astrue, 2009 U.S. Dist. LEXIS 95016 (E.D. Cal. Sept. 25, 2009).

Accordingly, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations filed September 19, 2012 (Doc. 33), are **ADOPTED IN FULL**;
2. Plaintiff's request for attorney fees is **GRANTED** in the modified amount of $7,712.40; and
3. This amount SHALL be paid to Plaintiff Terry Coulter.

IT IS SO ORDERED.

Dated:   September 18, 2013

_____
SENIOR  DISTRICT  JUDGE