# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY COULTER,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:10-cv-01937 - AWI - JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS GRANTING COUNSEL'S MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b)<br><br>(Docs. 35, 42) |

Sengthiene Bosavanh, attorney for Plaintiff Terry Coulter ("Counsel"), requested an award of attorney fees pursuant to 42 U.S.C. § 406(b). (Doc. 35.)  Neither Plaintiff nor the Commissioner of Social Security opposed the motion.  On November 8, 2013, the Magistrate Judge recommended that Counsel's motion be granted.  (Doc. 42.)

The parties were granted fourteen days from the date of service, or until November 22, 2013 to file objections to the Findings and Recommendations.  However, no objections were filed.  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation are supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations filed November 8, 2013 (Doc. 42) are **ADOPTED IN FULL**;

1

2. Counsel's motion for attorney fees pursuant to 24 U.S.C. §406(b) is **GRANTED**; and

3. The Commissioner is **DIRECTED** to pay the funds available, totaling $15,084.23, directly to Counsel; and

4. If Counsel receives, or has received, the $7,712.40 previously authorized by this Court under the EAJA, Counsel **SHALL** immediately reimburse this amount to Plaintiff.

IT IS SO ORDERED.

Dated:   November 25, 2013

SENIOR DISTRICT JUDGE