1

2

3

4

5

6

7                          **UNITED STATES DISTRICT COURT**

8                          **EASTERN DISTRICT OF CALIFORNIA**

9

10    TERRY COULTER,                          )  Case No.: 1:10-cv-01937 - AWI - JLT
                                              )
11                    Plaintiff,              )  ORDER ADOPTING IN FULL THE FINDINGS
                                              )  AND RECOMMENDATIONS GRANTING
12              v.                            )  COUNSEL'S MOTION FOR ATTORNEY FEES
                                              )  PURSUANT TO 42 U.S.C. § 406(b)
13    COMMISSIONER OF SOCIAL SECURITY,        )
                                              )
14                    Defendant.              )  (Docs. 35, 42)
                                              )
15    _____ )

16          Sengthiene Bosavanh, attorney for Plaintiff Terry Coulter ("Counsel"), requested an award of

17    attorney fees pursuant to 42 U.S.C. § 406(b).  (Doc. 35.)  Neither Plaintiff nor the Commissioner of

18    Social Security opposed the motion.  On November 8, 2013, the Magistrate Judge recommended that

19    Counsel's motion be granted.  (Doc. 42.)

20          The parties were granted fourteen days from the date of service, or until November 22, 2013 to

21    file objections to the Findings and Recommendations.  However, no objections were filed.  In

22    accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School

23    Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case.

24    Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation are

25    supported by the record and by proper analysis.

26          Accordingly, **IT IS HEREBY ORDERED**:

27          1.     The Findings and Recommendations filed November 8, 2013 (Doc. 42) are

28                 **ADOPTED IN FULL**;

                                              1

2.      Counsel's motion for attorney fees pursuant to 24 U.S.C. §406(b) is **GRANTED**; and

3.      The Commissioner is **DIRECTED** to pay the funds available, totaling $15,084.23, directly to Counsel; and

4.      If Counsel receives, or has received, the $7,712.40 previously authorized by this Court under the EAJA, Counsel **SHALL** immediately reimburse this amount to Plaintiff.

IT IS SO ORDERED.

Dated:   November 25, 2013                    _____

                                             SENIOR  DISTRICT  JUDGE